THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRELL WALTON**, <br><br> v. <br><br> **JOSEPH McCARTHY**, *et al*. | CIVIL ACTION <br><br> No. 24-2049 |

### ORDER

**AND NOW**, this 29th day of September, 2025, upon consideration of Defendants' Motion to Dismiss and Plaintiff's response thereto, as well as both parties' supplemental briefing, for the reasons in the accompanying memorandum, it is hereby **ORDERED**:

1. Defendants' Second Partial Motion to Dismiss (ECF 18) is **GRANTED**.

    a. As it pertains to the Fourth Claim for Relief, the motion is **GRANTED**. The Equal Protection Clause claim is **DISMISSED WITHOUT PREJUDICE**.

    b. As it pertains to the Fifth Claim for Relief under the failure to intervene theory only, the motion is **GRANTED AS UNOPPOSED**. The Fifth Claim for Relief is **DISMISSED WITH PREJUDICE** as to failure to intervene.

2. Walton's brief in opposition (ECF 19) is **CONSTRUED** as a motion for leave to amend, which motion is **GRANTED**. An amended complaint may be filed within 30 days of this order.

3. If Walton does not file an amendment by that time, Defendants shall file responsive pleadings by 20 days after the amendment deadline.

BY THE COURT:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**